JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Myoungchul Shin, et al., | ) Case No. **SA CV 14-1387-JFW (PJWx)** |
|---|---|
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| UNI-CAPS, LLC, et al., | ) |
| Defendant. | ) |

Pursuant to and for the reasons stated in this Court's order dated January 20, 2016, in which the Court granted Defendants Uni-Caps, LLC's ("Uni-Caps"), Sang H. Kim's ("Kim"), and Kyu Sang Shim's ("Shim") Motion for Summary Judgment on Plaintiffs Seongmin Cho's ("Cho"), Myoungchul Shin's ("Shin"), and Yongseon Kim's ("Kim") first and fifth causes of action alleged in the Second Amended Complaint, and

The Court, having dismissed Plaintiff's second, third, fourth, sixth, seventh, eighth, ninth, tenth, eleventh, twelfth, and thirteenth causes of action without prejudice pursuant to 28 U.S.C. § 1367(c)(3),

IT IS NOW, THEREFORE, HEREBY ORDERED AND ADJUDGED, that judgment is entered in this action as follows:

1. Plaintiffs Cho, Shin, and Kim shall recover nothing from any of the named Defendants;

2. Defendants Uni-Caps, Kim, and Shim shall have judgment in their favor on Plaintiffs' first and fifth causes of action alleged in the Second Amended Complaint; and

3. Defendants shall recover their costs of suit herein.

The Clerk is ordered to enter this Judgment.

Dated: January 20, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2